IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 08-0704-CG-N ) |
| STRUCTURAL MASONRY, INC., THE MOBILE PRESS REGISTER, INC., and THE AUSTIN COMPANY, INC., | ) ) ) ) |
| Defendants. | ) |

Consolidated with

| | |
|---|---|
| AMERISURE INSURANCE COMPANY, | ) ) |
| Plaintiff | ) ) |
| vs. | ) ) |
| STRUCTURAL MASONRY, INC., THE MOBILE PRESS REGISTER, INC., and THE AUSTIN COMPANY, INC., | ) ) ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the court on the plaintiff's notice of filing of agreement (Doc. 78), in which the plaintiff moves the court to lift the stay. Amerisure attached a copy of the agreement approved by the Bankruptcy Court of the Northern District of Ohio that lifts the bankruptcy stay and allows The Austin Company, Inc. to participate in this declaratory judgment action. Upon due consideration, the plaintiff's motion is hereby **GRANTED**, and the stay entered on October 20, 2009, is hereby lifted. This action is referred to the Magistrate Judge for

entry of an amended scheduling order.

**DONE AND ORDERED** this 10th day of February, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE